Brian Brazier, Esq (SNB: 2445004)
PRICE LAW GROUP, APC
8245 North 85th Way
Scottsdale, AZ 85258
P: 818-600-5587
brian@pricelawgroup.com

Lauren Tegan Rodkey, Esq (SBN:275830)
PRICE LAW GROUP, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
P: 818-600-5526
tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Michele Angelin*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE ANGELINI,<br><br>  Plaintiff,<br>  vs.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>  Defendant. | Case No.: 2:18-cv-9034-DMG (ASx)<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Michele Angelini and Defendant Navient Solutions, LLC, ("Navient"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Navient. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

Respectfully submitted this 23rd day of April 2020,

- 1 -

| | |
|---|---|
| PRICE LAW GROUP, APC | HINISHAW & CULBERTSON LLP |
| By: */s/Brian J. Brazier* <br> Brian Brazier, Esq (SNB: 2445004) <br> 8245 North 85th Way <br> Scottsdale, AZ 85258 <br> T: 818-600-5587 <br> brian@pricelawgroup.com | By: */s/Dennis N. Lueck* <br> Dennis N. Lueck, Jr. <br> One California Street, 18th Floor, <br> San Francisco, CA 94111 <br> T: 212-471-6216 <br> dlueck@hinshawlaw.com |
| *Attorneys for Plaintiff* <br> *Michele Angelini* | *Attorneys for Defendant* <br> *Navient Solutions, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

*/s/Florence Lirato*
Florence Lirato
