# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE ANGELINI,<br><br>       Plaintiff,<br><br>  vs.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>       Defendant. | Case No.: CV 18-9034-DMG (ASx)<br><br>**ORDER RE DISMISSAL OF ACTION AS TO DEFENDANT NAVIENT SOLUTIONS, LLC [17]** |

Upon review of the parties' Stipulation of Dismissal with Prejudice of Defendant Navient Solutions, LLC, and good cause appearing,

IT IS ORDERED that the Stipulation is APPROVED.  The above-entitled action is hereby dismissed with prejudice, as to Navient Solutions, LLC, with the parties to bear their own attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

DATED: April 24, 2020

_____
DOLLY M. GEE
UNITED STATE DISTRICT JUDGE